UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SOLIZ,<br><br>        Petitioner,<br><br>  v.<br><br>ERIC ARNOLD, Warden,<br><br>        Respondent. | Case No. 16-cv-04297 EDL (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 challenging his conviction obtained in the Superior Court of Tehama County.[1] Tehama County is located within the venue of the United States District Court for the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Because petitions challenging a conviction are preferably heard in the district of conviction, *see* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Tehama County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

DATED: August 18, 2016

                                            ELIZABETH D. LAPORTE
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner has consented to magistrate judge jurisdiction. *See* Dkt. No. 5.

Case No. 16-cv-04297 EDL (PR)
ORDER OF TRANSFER

1